# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PATRICK LAVENDER,

    Petitioner,

v.                                                   CASE NO. 8:07-cv-2358-T-30EAJ
                                                           CRIM. CASE NO. 8:03-cr-184-T-30EAJ

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

BEFORE THE COURT is Petitioner's Motion Under 28 U.S.C. §2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (CV Dkt. 1) filed December 21, 2007.[1] The Rules Governing Section 2255 Proceedings, which have been adopted in this district, require that the motion be submitted in substantially the form annexed to the rules. See Rule 2(c), Rules Governing Section 2255 Proceedings (2007).  Courts having a large volume of habeas actions, as does this Court, save valuable time if the required forms are used.  Use of the prescribed forms likewise assists petitioners in presenting their claims and avoiding omission of information necessary for the Court to consider in addressing the issues raised.  Therefore, Petitioner will be required to submit an amended rule §2255 motion on the enclosed court-approved form.

Petitioner is cautioned that all arguments he desires to present in support of the claims in his §2255 motion must be presented in the amended motion as the amended motion will

---

[1] Although the petition was not received by the Clerk's office for filing until December 27, 2007, this circuit considers § 2254 petitions for habeas relief, § 2255 motions to vacate, and documents related thereto "filed" when a *pro se* prisoner delivers one of them to a prison official for mailing. *See Houston v. Lack*, 487 U.S. 266, 270-71 (1988) (a notice of appeal filed by an incarcerated *pro se* litigant was deemed filed at the time the inmate relinquished control of it to prison officials); *Adams v. United States*, 173 F.3d 1339, 1341 (11th Cir. 1999) (*pro se* prisoner's §2255 motion is deemed filed the date that it is delivered to prison authorities for mailing).

supersede the motion filed on December 21, 2007. Petitioner is further cautioned that although the amended §2255 motion will relate back to the earlier filed motion for purposes of timeliness, any new claims Petitioner may attempt to assert in the amended motion may not relate back to his original §2255 motion and may now be time-barred. Petitioner must set forth with specificity each of his claims for relief and a brief statement of the facts supporting each claim. Mere references to claims raised in documents filed in this proceeding or other proceedings will not suffice.

ACCORDINGLY, the Court **ORDERS** that**:**

1. The **Clerk** shall transmit three copies of the form for use in §2255 cases to Petitioner.

2. Petitioner shall, within **TWENTY (20) DAYS** from the date of this order, file an amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 that complies with the instructions on the enclosed form. Petitioner must set forth with **specificity** each of his claims for relief **and** a brief statement of the facts which support the claim(s). Failure to comply with the terms of this order within the allotted time shall result in the automatic **dismissal** of this case **without further notice**.

**DONE** and **ORDERED** in Tampa, Florida on January 2, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc

Copies to:
Petitioner *pro se*
Counsel of Record

2